UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARETT KOEHLER, individually and on behalf of all others similarly situated,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>PEPPERIDGE FARM, INC.<br><br>　　　　Defendant. | Case No.: 13-cv-02644-YGR<br><br>**ORDER DENYING PLAINTIFF'S MOTION FOR LEAVE TO FILE PLAINTIFF'S MOTION FOR RECONSIDERATION OF THE COURT'S ORDER GRANTING DEFENDANT PEPPERIDGE FARM INC.'S MOTION TO TRANSFER PROCEEDINGS** |

Plaintiff has filed a motion for leave to file a motion for reconsideration of this Court's order transferring this action to the District of Colorado. (Dkt. No. 22.) Plaintiff contends that this Court "failed to consider a material fact present at the time the Order was entered; specifically, that [the *Bolerjack* action] only encompasses a Colorado statewide class rather than a nationwide class upon which this . . . Court incorrectly relied on." (*Id.* ¶ 7.) Plaintiff explains that the plaintiff in the *Bolerjack* action "is currently awaiting leave from the District of Colorado to file [a] First Amended Complaint, pleading only for a Colorado statewide class." (*Id.* ¶ 9.) Even if the plaintiff in *Bolerjack* is not granted leave to amend, her counsel has indicated that only a Colorado statewide class will be requested in the upcoming motion for class certification. (*Id.* ¶ 10; *see* Declaration of Howard W. Rubinstein [Dkt. No. 22-1] ¶ 5.) Plaintiff argues that this material fact has substantial bearing on whether this action should remain in this district or be transferred to the District of Colorado. (*Id.* ¶ 8.)

The Court finds that Plaintiff has failed to make the required showing under Civ. L.R. 7-9(b) and reconsideration is not warranted. Plaintiff argues that there has been a "manifest failure by the Court to consider material facts or dispositive legal arguments which were presented to the Court before such interlocutory order." (Dkt. No. 22 ¶ 6 (citing Civ. L.R. 7-9(b)(3)).) However,

Plaintiff did not present this "material fact" to the Court in opposing the motion to transfer. Notably, Plaintiff argues in the motion for leave that this Court "failed to consider a material fact *present at the time the Order was entered*" (Dkt. No. 22 ¶ 7 [emphasis suppplied]), not that he actually presented the fact to the Court.

Further, the Court notes that the District of Colorado has not ruled on the motion for leave to file a first amended complaint in the *Bolerjack* action. As such, the operative complaint in that action still alleges claims on behalf of a nationwide class.

In light of the above, the Court does not believe that it relied on an "incorrect fact" nor that it has manifestly failed to consider a material fact that was presented to the Court in connection with the motion to transfer. For the foregoing reasons, the Court **DENIES** Plaintiff's Motion for Leave to File Plaintiff's Motion for Reconsideration.

This Order terminates Dkt. No. 22.

**IT IS SO ORDERED**.

Date: September 23, 2013

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**